# United States District Court
# For The Western District of North Carolina
# Charlotte Division

REGINA BOSTON,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:12-cv-00520-GCM

SKO BRENNER AMERICAN, INC.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 3, 2012 Order.

                                              Signed: December 3, 2012

Frank G. Johns, Clerk
United States District Court